UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY VALERIUS, Derivatively on Behalf of HARLEYSVILLE NATIONAL CORPORATION,<br><br>                    Plaintiff,<br><br>vs.<br><br>PAUL D. GERAGHTY, et al.,<br><br>                    Defendants,<br><br>– and –<br><br>HARLEYSVILLE NATIONAL CORPORATION, a Pennsylvania corporation,<br><br>                  Nominal Defendant. | Civil Action No. 09-6208<br><br>PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

478746_1

Plaintiff hereby moves the Court for an order enjoining defendants from holding the shareholder meeting, scheduled for January 22, 2010, to approve the merger (the "Merger") of Harleysville National Corporation ("HNC" or the "Company") with First Niagara Financial Group, Inc. ("FNFG"), until defendants fully disclose all material information, as set forth in the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order. Absent court intervention, plaintiff will be forced to decide whether to approve the Merger without the benefit of all required material information.

Plaintiff will be irreparably injured if forced to decide whether to approve the Merger without the benefit of all material information. For these reasons and as more fully discussed in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order: (a) there is substantial likelihood that plaintiff would prevail on the merits at final hearing; (2) there is substantial threat that plaintiff will be irreparably harmed by the conduct complained of; (3) there is no injury to either defendants or FNFG if the preliminary injunction is issued; and (4) the public interest favors granting the injunction. Thus the Court should grant plaintiff's Motion for Temporary Restraining Order.

DATED: January 15, 2010          LAW OFFICES BERNARD M. GROSS, P.C.
                                 DEBORAH R. GROSS


                                          /s/ Deborah R. Gross  DG-639
                                            DEBORAH R. GROSS

                                 Wanamaker Bldg., Suite 450
                                 100 Penn Square East
                                 Philadelphia, PA  19107
                                 Telephone:  215/561-3600
                                 215/561-3000 (fax)

- 1 -

478746_1

- 2 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
AARON W. BEARD
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

KENDALL LAW GROUP, LLP
JOE KENDALL
HAMILTON LINDLEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

BONI & ZACK LLC
MICHAEL J. BONI
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: 610/822-0201
610/822-0206 (fax)

DONOVAN SEARLES, LLC
MICHAEL D. DONOVAN
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: 215/732-6067
215/732-8060 (fax)

Attorneys for Plaintiff