IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY VALERIUS, | : | CIVIL ACTION |
| *Individually and On Behalf of Nominal* | : | |
| *Defendant* HARLEYSVILLE NATIONAL | : | |
| CORPORATION | : | No. 09-6208 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAUL GERAGHTY, et al. | : | |

## ORDER

AND NOW, this 15th day of January, 2010, it is ORDERED a hearing on Plaintiff's Motion

for Temporary Restraining Order shall be held on January 19, 2010, at 1:30 p.m., in Courtroom 8B.

It is further ORDERED a teleconference shall take place January 19, 2010, at 9:00 a.m., to

discuss which matters shall be addressed at the January 19, 2010 hearing.  Counsel for Plaintiff shall

initiate the call.

BY THE COURT:

/s/  Juan R. Sánchez
Juan R. Sánchez, J.