IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANNY VALERIUS : CIVIL ACTION
:
VS. :
: 09-CV-06208
:
PAUL GERAGHTY, ET AL. :

## ORDER

**AND NOW**, this **19th** day of **January, 2010**, in accordance with the Court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Gene E. K. Pratter to the calendar of the Honorable Paul S. Diamond.

FOR THE COURT:

HARVEY BARTLE III
**Chief Judge**

ATTEST:

MICHAEL E. KUNZ
**Clerk of Court**