UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY VALERIUS, Derivatively On Behalf of Nominal Defendant HARLEYSVILLE NATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL GERAGHTY, LEEANN B. BERGEY, WALTER E. DALLER, JR., HAROLD A. HERR, THOMAS C. LEAMER, STEPHANIE S. MITCHELL, A. ROSS MYERS, BRENT L. PETERS, JAMES A. WIMMER, JOHN J. CUNNINGHAM, III, JAMES E. McERLANE, and DEMETRA M. TAKES,<br><br>    Defendants,<br><br>– and –<br><br>HARLEYSVILLE NATIONAL CORPORATION, a Pennsylvania corporation,<br><br>    Nominal Defendant. | Civ. Action No. 09-6208-PD<br><br>**PRAECIPE** |

Kindly attach the executed Verification and Certification of Plaintiff Danny Valerius to the Amended Complaint filed in this action on January 29, 2010, docket entry 17, which is attached to this Praecipe.

DATED: February 4, 2010

LAW OFFICES BERNARD M. GROSS, P.C.
DEBORAH R. GROSS

/s/ Deborah R. Gross -DG-639
DEBORAH R. GROSS

Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
AARON W. BEARD
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

KENDALL LAW GROUP, LLP
JOE KENDALL
HAMILTON LINDLEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

BONI & ZACK LLC
MICHAEL J. BONI
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: 610/822-0201
610/822-0206 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                        /s/ Deborah R. Gross – DG639
                                                        DEBORAH R. GROSS

## verification

I, Danny Valerius, have read the PLAINTIFF'S AMENDED SHAREHOLDER CLASS ACTION COMPLAINT FOR VIOLATION OF §14(a) OF THE SECURITIES EXCHANGE ACT OF 1934 AND VERIFIED DERIVATIVE COMPLAINT FOR BREACH OF FIDUCIARY DUTY and know the contents thereof. The Complaint is true and correct to the best of my knowledge, information and belief. I declare under penalty of perjury that the following is true and correct.
Signed and Accepted.

Dated: 2/3/10

DANNY VALERIUS

480009 1

## CERTIFICATION OF DANNY VALERIUS

1.  I, DANNY VALERIUS, have reviewed the Complaint and have authorized the filing of same;

2.  I did not purchase the securities of HARLEYSVILLE NATIONAL BANK at the direction of plaintiff's counsel or in order to participate in any private action arising under this title of the federal securities laws;

3.  I am willing to serve as class representative and provide testimony at deposition and trial if necessary;

4.  My transactions in the securities of Harleysville National Bank consisted of the following:

| Date | Purchase(s) or Sales(s) | Amount | Price |
|------|-------------------------|--------|-------|

See attached Exhibit A

5.  During the previous three years, I have or have not been a lead plaintiff in the any securities fraud class action.

6.  I will not accept any payment for serving as a class representative beyond my pro rata share of any recovery, except as ordered or approved by the Court with respect to an award for reasonable costs and expenses (including lost wages).

I declare under penalty of perjury that the foregoing is true and correct. Executed this _3_ day of _January_ 2010, at _Allentown, PA_ .(City/state)

_/s/ Danny Valerius_
DANNY VALERIUS

EXHIBIT A

| Date | Purchase(s) or Sales(s) | Amount | Price |
|------|-------------------------|--------|-------|

EXHIBIT A

| Date | Purchase(s) or Sales(s) | Amount | Price |
| --- | --- | --- | --- |
| 7/24/2009 | Purchase | 1092 | $3.61 |
| 6/10/2009 | Purchase | 2500 | $5.01 |
| 2/24/2009 | Sell | 4792 | $7.05 |
| 2/5/2009 | Purchase | 1500 | $9.22 |
| 2/3/2009 | Purchase | 1000 | $9.34 |
| 2/2/2009 | Purchase | 1000 | $9.52 |
| 1/20/2009 | Purchase | 1500 | $11.77 |
| 1/20/2009 | Purchase | 1000 | $12.18 |
| 12/1/2008 | Purchase | 1500 | $12.57 |
| 11/13/2008 | Purchase | 1500 | $12.55 |
| 10/14/2008 | Purchase | 500 | $13.53 |
| 10/9/2008 | Purchase | 1000 | $12.72 |
| 10/9/2008 | Purchase | 1000 | $13.21 |
| 10/7/2008 | Purchase | 1000 | $15.40 |
| 10/7/2008 | Purchase | 500 | $15.81 |
| 9/23/2008 | Purchase | 500 | $16.67 |
| 8/27/2008 | Purchase | 1500 | $13.64 |
| 8/11/2008 | Sell | 3000 | $15.10 |
| 8/11/2008 | Sell | 1500 | $14.98 |
| 6/19/2008 | Purchase | 500 | $12.55 |
| 6/9/2008 | Purchase | 1000 | $12.70 |
| 5/21/2008 | Purchase | 500 | $13.53 |
| 5/8/2008 | Purchase | 1500 | $14.25 |
| 5/5/2008 | Sell | 3000 | $15.25 |
| 3/6/2008 | Purchase | 806 | $12.92 |
| 3/1/2008 | Purchase | 1000 | $13.33 |
| 2/29/2008 | Purchase | 1000 | $13.65 |
| 2/12/2008 | Purchase | 1000 | $13.89 |
| 2/1/2008 | Sell | 2050 | $15.68 |